IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF RICHARD G. LUTZ, JR., Deceased and SHEREE NORDALL,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANDRA LUTZ, MOTORISTS LIFE INSURANCE CO., and STANDARD INSURANCE CO.,<br><br>*Defendants*. | CIVIL ACTION<br>NO. 16–01461 |

## ORDER

**AND NOW**, this 6th day of October, 2016, upon consideration of Defendant's Motion to Dismiss (ECF No. 43), Plaintiffs' Response (ECF No. 44) and Defendant's Reply (ECF No. 45), it is **ORDERED** that the Motion is **GRANTED**.  Motorists is dismissed from the case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1