IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF RICHARD G. LUTZ, JR., Deceased and SHEREE NORDALL, *Plaintiffs*, v. SANDRA LUTZ, et al., *Defendants*. | CIVIL ACTION NO. 16–01461 |

## ORDER

**AND NOW**, this 23rd day of February, 2017, upon consideration of Defendant Standard Insurance Company's Motion for Summary Judgment (ECF No. 53), Plaintiffs' Response (ECF No. 54), and Defendant's Reply (ECF No. 55), it is **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1