IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF RICHARD G. LUTZ, JR., Deceased and SHEREE NORDALL, *Plaintiffs,* v. SANDRA LUTZ, *et al.*, *Defendants.* | CIVIL ACTION NO. 16-1461 |

## ORDER

**AND NOW**, this 4th day of August, 2017, upon consideration of the Plaintiff's Motion for Default Judgment, (ECF No. 61), and Memorandum in Support, (ECF No. 67), it is hereby **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part. It is further **ORDERED** that judgment is entered against the Defendant Sandra Lutz and in favor of the Estate of Richard Lutz on Count I of the Second Amended Complaint, (ECF No. 40), in the amount of **$44,052.54**.

It is further **ORDERED** that Plaintiff's counsel shall submit an affidavit of attorneys' fees consistent with the requirements noted in the accompanying memorandum on or before **August 18, 2017.**

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.